IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00182-WJM-KLM

JOHN MICHAEL BROADUS,

    Plaintiff,

v.

ANTHONY A. DECESARO, Grievance Officer,
CHAPDELAIN, Associate Warden,
CHP, Clinical Health Provider,
GILES, Lieutenant,
RAYMOND HIGGINS,
ROBERT KEISEL,
EVA LITTLE, Lieutenant,
LUYANDO, Lieutenant,
DENNY OWENS,
JAMIE SOUCIE,
SWINGLE, Lieutenant,
THODE, Sergeant,
JAMEY VANMETER,
KENNETH WILDENSTEIN, Major,
WALKER, Correctional Officer,
JANE DOE #1, Nurse,
JANE DOE #2, Nurse,
JOHN DOE ##1-4,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Emergency Injunction** [#28] (the "Motion"). The Motion consists of a single page of what was clearly meant to be a multi-page document. The one page before the Court does not provide enough information to even ascertain the type of relief Plaintiff seeks. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#28] is **DENIED without prejudice**. Plaintiff may make his request again by filing the entirety of his written motion.

    Dated: September 9, 2015