IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-0182-WJM-KLM

JOHN MICHAEL BROADUS,

Plaintiff,

v.

CHAPDELAIN, Associate Warden,
CHP, Clinical Health Provider,
GILES, Lieutenant,
EVA LITTLE, Lieutenant,
LUYANDO, Lieutenant,
SWINGLE, Lieutenant,
THODE, Sergeant,

Defendants.

---

## DEFENDANTS CHAPDELAINE, GILES, LITTLE, LUYANDO, SWINGLE AND THODE'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER

---

Defendants Chapdelaine, Giles, Little, Luyando, Swingle and Thode (CDOC Defendants), through their attorney, the Colorado Attorney General, hereby request an amendment to the Scheduling Order and submit the following Unopposed Motion in Order to Modify the Scheduling Order, stating as follows in support:

1.     Undersigned counsel conferred with counsel for the Plaintiff and counsel for Defendant CHP by email on May17, 2017.  Undersigned counsel was informed by email from all counsel that there was no objection to this Motion and the proposed dates.

2.     In a Minute Order entered by the Court on November 29, 2016, the Scheduling Order was modified to set the discovery deadline at March 8, 2017 and the dispositive motions deadline at April 3, 2017.

3.     In a subsequent Stipulated Motion to Modify the Scheduling Order, the Parties sought to amend the discovery deadline to April 7, 2017 and the dispositive motions deadline to May 3, 2017.  Doc. 102.  The Court granted the Motion and adjusted the deadlines accordingly.  Doc. 103.  Subsequently, by unopposed Motion, the dates were changed to a discovery deadline of April 20, 2017 and a dispositive motions deadline of May 24, 2017.

4.     The Parties actively worked on discovery and conducted a number of depositions prior to the close of discovery.  The parties have completed discovery and undersigned counsel for the CDOC Defendants requests that the dispositive motions deadline be amended to June 2, 2017 to allow for sufficient time to complete and file a dispositive motion.

5.     An extension is requested due to undersigned counsel's involvement in litigation matters that have been pressing.  Included is trial preparation, including four last minute depositions in the matter of *Hoeck v. Miklich, 13-cv-00206-PAB-KLM,* which was set to commence on May 8, 2017 as a three-day jury trial.  While the matter settled on the eve of trial, the time for preparation, depositions, settlement negotiations and drafting settlement documents precluded undersigned counsel from working on a dispositive motion in the above-captioned matter.  Additionally, undersigned counsel has been involved in recent depositions in the matter of *Calbart v. Kautz*, 15-cv-02220-MJW and was also required to respond to difficult records matter on a *subpoena duces tecum* related to re-sentencing in the criminal matter of *People v. George Chavez*, 94CR2148 in Denver District Court.

2

6.      Re-setting the dispositive motions deadline for June 2, 2017 will allow for sufficient time to complete research and obtain necessary affidavits to include with the dispositive motion, and to draft the related dispositive motion.

7.      Granting of such an amendment to the Scheduling Order will not prejudice the Parties, as it will allow for additional time to complete review of the voluminous discovery documents, obtain any necessary affidavits, and sufficient time to complete dispositive motions following the close of discovery.

WHEREFORE, CDOC Defendants respectfully request the Scheduling Order be Modified to reflect a Dispositive Motions Deadline of June 2, 2017.

Respectfully submitted this 19th day of May, 2017

CYNTHIA H. COFFMAN
Attorney General

s/ Robert C. Huss
ROBERT C. HUSS, #38388
Assistant Attorney General
Corrections and Public Safety Unit
Civil Litigation & Employment Law Section
Attorney for CDOC Defendants
1300 Broadway, 10th Floor
Denver, Colorado  80203
Telephone:  720-508-6605
E-mail: rob.huss@coag.gov

3

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have duly served the foregoing upon all parties herein ECF

electronic filing and by depositing copies of same in the United States mail, postage

prepaid, at Denver, Colorado, this 19th day of May 2017, addressed as follows:

Natalie Hanlon-Leh                                     Cc: Adrienne Jacobson, CDOC
Michael Hazel
Nora Passamaneck
Michael J. Silhasek
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
720-274-3160
720-274-3133 (fax)
<u>natalie.hanlonleh@wilmerhale.com</u>
<u>michael.hazel@wilmerhale.com</u>
<u>nora.passamaneck@wilmerhale.com</u>
<u>michael.silhasek@wilmerhale.com</u>
*Attorneys for Plaintiff*

  Andrew Ringel, Esq.
  Hall and Evans, L.L.C.
  1001 17th Street, Suite 300
  Denver, CO 80202
  ringela@hallevans.com


                      <u>s/ Mariah Cruz-Nanio</u>