IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00182-WJM-KLM

JOHN MICHAEL BROADUS,

    Plaintiff,

v.

CHAPDELAIN, Associate Warden,
CHP, Clinical Health Provider,
GILES, Lieutenant,
EVA LITTLE, Lieutenant,
LUYANDO, Lieutenant,
SWINGLE, Lieutenant, and
THODE, Sergeant,

    Defendants.

_____

**UNOPPOSED MOTION TO FILE CONFIDENTIAL SUMMARY JUDGMENT
EXHIBITS UNDER RESTRICTED ACCESS FROM
DEFENDANT CORRECTIONAL HEALTH PARTNERS, INC.**
_____

Defendant Correctional Health Partners, Inc. ("CHP"),[1] by and through its counsel, Andrew D. Ringel, Esq., Christina S. Gunn, Esq., and Matthew J. Hegarty, Esq. of Hall & Evans, L.L.C., hereby respectfully submits this Unopposed Motion to File Confidential Summary Judgment Exhibits Under Restricted Access, as follows:

    1.    <u>Certificate of Conferral:</u>    Prior to filing the instant Motion, pursuant to D.C.Colo.LCiv.R. 7.1(A), the undersigned counsel conferred with counsel for all parties and is authorized to state that no party opposes this Motion.

---

[1] Incorrectly designated in the caption as "CHP, Clinical Health Provider."

2. Contemporaneously with the filing of this Motion, Defendant Correctional Health Partners, Inc. filed a Motion for Summary Judgment. Attached to the Motion for Summary Judgment are several exhibits that contain private and confidential information and have been designated as Confidential within the meaning of the Protective Order entered by this Court in this matter. [ECF 92]. Specifically, summary judgment Exhibit A-1 consists of CHP's CDOC Provider Manual which contains confidential and proprietary information concerning how CHP operates its business in relationship to the CDOC. Additionally, summary judgment Exhibits A-3, A-4, A-5, and A-6 consist of CHP records that contain private and confidential medical information of the Plaintiff for which Plaintiff has a legitimate privacy interest.

3. The public has no interest in accessing these non-public documents. By contrast, the Plaintiff and CHP have interests in keeping personal, private, medical, and proprietary business information private and confidential. No alternative to restricted access is practicable and adequate, as the documents themselves are not public records. The public will have adequate access to the nature of this dispute and the legal and factual issues underlying any determination of this Court on CHP's Motion for Summary Judgment by the public briefs filed in this matter. Access to the non-public confidential documents is not necessary for the public to understand the proceedings before this Court.

4. CHP, with the filing of this Motion, submits its Motion for Summary Judgment with the following five (5) Exhibits which contain confidential information and for which CHP is requesting they be maintained under restricted access: Exhibit A-1 (CHP CDOC Provide Manual); A-3 (Utilization Review, 3/25/14); A-4 (Utilization Review

6/2/14); A-5 (CHP Chart); A-6 (Utilization Review, 9/16/14).  The above Exhibits have been filed along with the instant Motion.  Defendant CHP respectfully requests this Court subject these five (5) exhibits to Level 1 restrictions pursuant to D.C.Colo.LCiv.R. 7.2 (access limited to the parties and the Court).

WHEREFORE, for all of the foregoing reasons, Defendant Correctional Health Partners, Inc. respectfully requests this Court issue an order restricting public access under Level 1 restricted access to Exhibit A-1, Exhibit A-3, Exhibit A-4, Exhibit A-5, and Exhibit A-6, pursuant to D.C.Colo.LCiv.R. 7.2, and for all other and further relief as this Court deems just and appropriate.

Dated this 2nd day of June, 2017.

Respectfully submitted,

*s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Christina S. Gunn, Esq.
Matthew J. Hegarty, Esq.
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
Fax:  (303) 628-3368
ringela@hallevans.com
gunnc@hallevans.com
hegartym@hallevans.com

**ATTORNEYS FOR DEFENDANT CORRECTIONAL HEALTH PARTNERS**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 2nd day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| Robert C. Hess, Esq. Rob.huss@coag.gov | Michael Hazel michael.hazel@wilmerhale.com | Michael Silhasek michael.silhasek@wilmerhale.com |
|---|---|---|
| Natalie Hanlon-Leh natalie.hanlonleh@wilmerhale.com | Nora Passamaneck nora.passamaneck@wilmerhale.com | |

s/ *Nicole Marion*, Legal Assistant to   .
Andrew D. Ringel, Esq.
Christina S. Gunn, Esq.
Matthew J. Hegarty, Esq.
HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: (303) 628-3300
ringela@hallevans.com
gunnc@hallevans.com
hegartym@hallevans.com

**ATTORNEYS FOR DEFENDANT CORRECTIONAL HEALTH PARTNERS**