IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-CV-0182-WJM-KLM

JOHN MICHAEL BROADUS,

Plaintiff,

v.

CHAPDELAINE, Associate Warden,
CHP, Clinical Health Provider,
GILES, Lieutenant,
EVA LITTLE, Lieutenant,
LUYANDO, Lieutenant,
SWINGLE, Lieutenant,
THODE, Sergeant,

Defendants.

**CDOC DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS OF CERTAIN EXHIBITS TO THE MOTION FOR SUMMARY JUDGMENT PURSUANT TO D.C.COLO.LCIVR 7.2(C)**

CDOC Defendants Chapdelaine, Luyando, Giles, Little, Swingle and Thode, hereby submit the following Unopposed Motion to Restrict Access to Certain Exhibits to the Motion for Summary Judgment, Pursuant to D.C.COLO.LCivR 7.2, Level 1, which will allow access only to the Parties and the Court.

1. Pursuant to D.C.COLO.LCivR 7.1(a), undersigned counsel for the CDOC Defendants conferred with counsel for the Plaintiff and counsel for CHP, who indicated they does not oppose this Motion.

2. It is well established that the public has a general right to inspect and copy public records and documents, including judicial records and documents. *Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). However, documents may be sealed

1

when the public's right of access is outweighed by interests that favor nondisclosure. *See United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1997). The court has discretion to determine whether a particular court document should be sealed. *See Nixon*, 435 U.S. at 599.

3. This is an action filed under 42 U.S.C. § 1983 based on allegations by the Plaintiff that, subsequent to his transfer to Sterling Correctional Facility, that he was denied access to medical for a knee injury, suffered from dehydration and the effects of uranium contamination, was subjected to excessive force and is incorrectly labeled as a member of a Security Threat Group.

4. A Stipulated Protective Order was entered in this case which restricts the use and dissemination of "Confidential" and "Confidential-Attorneys Only" materials that are disclosed during discovery.

5. Defendants are contemporaneously filing a Motion for Summary Judgment and plan to attach as exhibits numerous documents including, but not limited to, medical records of Plaintiff, incident reports that could create security issues for the Plaintiff and the prison facility if disclosed, a Restricted Distribution Administrative Regulation pertaining to Security Threat Groups, and the confidential training records of Defendant Luyando. Each of these Confidential Documents was produced to Plaintiff's counsel as a "Confidential-Attorneys Only."

6. Release of the information found in the confidential documents would potentially jeopardize the safety and security of the prison, the safety of the Plaintiff, would violate Plaintiff's confidentiality regarding his personal medical conditions and

treatment, and would disclose prison training programs that could potentially provide insight into the manner in which prison security operates.

7.      For the foregoing reasons, the CDOC Defendants respectfully request that their Unopposed Motion to Restrict Access to Certain Exhibits to the Motion for Summary Judgment be granted, which would allow only the parties and the Court to have access to the Confidential Documents under a Level 1 restriction.

Respectfully submitted this 2nd day of June, 2017.

                        CYNTHIA COFFMAN
                        Attorney General


                        s/ Robert C. Huss
                        ROBERT C. HUSS, #38388
                        Assistant Attorney General
                        Civil Litigation & Employment Law Section
                        1300 Broadway, Tenth Floor
                        Denver, Colorado  80203
                        Telephone:  720-508-6605
                        Email:  rob.huss@coag.gov
                        *Counsel of Record

## **CERTIFICATE OF SERVICE**

This is to certify that I have duly served the foregoing upon all parties herein ECF electronic filing and by depositing copies of same in the United States mail, postage prepaid, at Denver, Colorado, this 2nd day of June 2017, addressed as follows:

Natalie Hanlon-Leh                                          Cc: Adrienne Jacobson, CDOC
Michael Hazel
Nora Passamaneck
Michael J. Silhasek
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
720-274-3160
720-274-3133 (fax)
natalie.hanlonleh@wilmerhale.com
michael.hazel@wilmerhale.com
nora.passamaneck@wilmerhale.com
michael.silhasek@wilmerhale.com
*Attorneys for Plaintiff*

Andrew Ringel, Esq.
Hall and Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
ringela@hallevans.com

                                                                    s/ Mariah Cruz-Nanio